SEALED

1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. THOMAS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

JUL 2 3 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE SEARCH OF          CASE NO. 2:15-SW-417 AC

12                                          [PROPOSED] ORDER RE: REQUEST TO SEAL
   USPS Express Mail Parcel, EK 390665441 US,   DOCUMENTS
13 addressed to "Leon Francis #141,
   1900 Oro Dam Blvd., Oroville, CA 95966"
14

15

16

17
         Upon application of the United States of America and good cause having been shown,
18
         IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until
19
   further order of the Court except for copies for use by the United States.
20

21

22 Dated:  7/23/15                          _____
23                                          Hon. Allison Claire
                                            U.S. MAGISTRATE JUDGE
24

25

26

27

28