BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

DEC 0 3 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>USPS Express Mail Parcel, EK 390665441 US, addressed to "Leon Francis #141, 1900 Oro Dam Blvd., Oroville, CA 95966" | CASE NO. 2:15-SW-417 AC<br><br>ORDER<br>~~REQUEST~~ TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The search warrant in the above-captioned proceeding has been executed. The government respectfully requests that this case be unsealed. It is so ordered.

Dated: December 3, 2015

~~BENJAMIN B. WAGNER~~
~~United States Attorney~~

By: _____
~~PAUL A. HEMESATH~~
~~Assistant United States Attorney~~

Carolyn K. Delaney
U.S. Magistrate Judge

REQUEST TO UNSEAL                   1